

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| ASHLEY RAMIREZ, | § | No. 08-17-00122-CR |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D01471) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's sixth motion for extension of time within which to file the brief until **April 25, 2018**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 25, 2018.

IT IS SO ORDERED this 5th day of April, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.